IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAWRENCE L. BLANKENSHIP,

Petitioner,

v.

FAITH CHAPEL FUNERAL
HOME,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1951

Opinion filed November 17, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Lawrence L. Blankenship, pro se, Petitioner.

Ginger Barry Boyd of Broad and Cassel, Destin, for Respondent.

PER CURIAM.

DENIED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.